JOHN T. WENDLAND, ESQ.
(Nevada Bar No. 7207)
SCOTT P. KELSEY, ESQ.
(Nevada Bar No. 7770)
W&D LAW, LLP
861 Coronado Center Drive, Suite 231
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
jwendland@wdlaw.com
skelsey@wdlaw.com
Attorneys for Defendants,
KG MINING (BALD MOUNTAIN), INC. and
KINROSS GOLD U.S.A., INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAEGEN MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>KG MINING (BALD MOUNTAIN), INC., a Delaware corporation doing business in Nevada; KINROSS GOLD U.S.A., INC., a Nevada corporation; DOES 1-10, as individuals and ROES 1-10 as entities,<br><br>Defendants. | Case No.: 3:23-cv-00586-LRH-CSD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT 30 DAYS PURSUANT TO LOCAL RULE IA 6-1**<br><br>**(First Request)** |

**THE PARTIES HEREBY** stipulate to an extension of Defendants KG Mining (Bald Mountain), Inc. and Kinross Gold U.S.A., Inc.'s ("Defendants") deadlines to respond to the Complaint [ECF 1] by 30 days due to the need to file petitions for admission pro hac vice as well as to minimize holiday disruptions.

Defendants are presently due to respond to the Complaint on January 2, 2024. Therefore, upon the entry of an order endorsing approval of this stipulation, Defendants' deadline to respond to the Complaint will be extended by 30 days to February 1, 2024.

///

///

W&D LAW, LLP
861 Coronado Center Drive
Suite 231
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909

IT IS SO STIPULTED.

Date: December 29, 2023          Respectfully submitted,

**W&D LAW LLP**                  **ASCENT LAW, PC**

By:  /s/ *John T. Wendland*      By:  /s/ *Emily Hobbs*
     John T. Wendland, Esq.            Emily Hobbs, Esq. (*application for admission pro hac vice forthcoming*)
     (Nevada Bar No. 7207)
     jwendland@wdlaw.com               emily@ascent-employmentlaw.com
     861 Coronado Center Dr.,          6130 S. Oswego Street
     Suite 231                         Greenwood Village, CO 80111
     Henderson, NV 89052               T: 720.933.0765
     T: 702.314.1905

Attorneys for Defendants KG Mining (Bald Mountain), Inc. and Kinross Gold U.S.A., Inc.

**The Law Offices of Kristina Wildeveld & Associates**

By:  /s/ *Lisa A. Rassmussen with permission*
     Lisa A. Rasmussen, Esq.
     (Nevada Bar. No. 7491)
     lisa@veldlaw.com
     550 E. Charleston Blvd., Suite A
     Las Vegas, NV 89104
     T: 702.222.0007

Attorney for Plaintiff Maegen Morrison

**ORDER**

IT IS SO ORDERED.

DATED: January 2, 2024           _____
                                 UNITED STATES MAGISTRATE JUDGE

{02220204;1}    Page 2 of 3

W&D LAW, LLP
861 Coronado Center Drive
Suite 231
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909