LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MAEGAN MORRISON,

    Plaintiff,

    vs.

KG MINING, INC., et al

    Defendants.

Case No: 3:23-CV-00586 MMD-CSD

ORDER GRANTING
**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: THE COURT AND ALL INTERESTED PARTIES.

PLEASE TAKE NOTICE that the undersigned, Lisa A. Rasmussen, hereby withdraws from this case as counsel for Plaintiff, Maegan Morrison. The undersigned has moved to a new law firm and Plaintiff is now represented by the undersigned's former law firm and its attorneys,

DATED this 22th day of July, 2024.

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**

IT IS SO ORDERED.

DATED: July 24, 2024.

Craig S. Denney
United States Magistrate Judge

ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

1