Emily Hobbs (admitted *pro hac vice*)
Ascent Law, PC
6130 S. Oswego Street
Greenwood Village, CO 80111
T: 720.933.0765
emily@ascent-employmentlaw.com

John T. Wendland
Nevada Bar No. 7207
861 Coronado Center Dr., Suite 231
Henderson, NV 89052
T: 702.314.1905
jwendland@wdlaw.com

Attorneys for Defendants KG MINING (BALD MOUNTAIN) INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAEGEN MORRISON,<br><br>    Plaintiff<br><br>v.<br><br>KG MINING (BALD MOUNTAIN) INC., a Delaware corporation doing business in Nevada; DOES 1-10, as individuals and ROES 1-10 as entities,<br><br>    Defendants | Case Number<br>3:23-cv-00586-MMD-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO VACATE AND CONTINUE THE VIRTUAL EARLY NEUTRAL EVALUATION**<br>**(Second Request)** |

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule ("LR") IA 6-1, between the parties, by and through their counsel of record, for an order vacating and continuing the Virtual Early Neutral Evaluation ("ENE") as set forth below:

    1.    The parties are scheduled to attend a Virtual ENE before United States Magistrate Judge Carla Baldwin on September 12, 2024 at 9:00 a.m.  (ECF # 35.)

    2.    Previously, the parties attended a Virtual ENE on May 7, 2024.  (ECF # 21.)  But after conferring privately with the Court, the parties agreed to continue the Virtual ENE at a later

date after some targeted discovery had been completed.  (ECF #30.)

3. Counsel for Plaintiff Maegen Morrison recently entered his appearance on this case after her prior attorney withdrew.  (ECF #38; ECF #40.)

4. The parties agree that the ENE is premature at this time due, in part, to various ongoing discovery issues.  The parties just engaged in another round of discovery this week.

5. No party will suffer prejudice as a result of continuing the Virtual ENE and the parties make this request in good faith.

6. For these reasons, the parties respectfully request that the Court vacate the Virtual ENE until further notice.

Date: September 6, 2024                         Respectfully submitted,

**W&D LAW LLP**                                 **ASCENT LAW, PC**

By:  /s/ John T. Wendland                       By:  /s/ Emily Hobbs
     John T. Wendland                                Emily Hobbs (admitted *pro hac vice*)
     jwendland@wdlaw.com                             emily@ascent-employmentlaw.com
     861 Coronado Center Dr., Suite 231              6130 S. Oswego Street
     Henderson, NV 89052                             Greenwood Village, CO 80111
     T: 702.314.1905                                 T: 720.933.0765

                                                Attorneys for Defendant KG MINING (BALD MOUNTAIN) INC.

                                                **THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

                                                By:  /s/ Richard Bryant
                                                     Richard Bryant
                                                     richard@veldlaw.com
                                                     550 E. Charleston Blvd., Suite A
                                                     Las Vegas, NV 89104
                                                     T: 702.222.0007

                                                Attorneys for Plaintiff MAEGEN MORRISON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2024

Ascent Law, PC