Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAEGEN MORRISON,<br><br>    Plaintiff<br><br>v.<br><br>KG MINING (BALD MOUNTAIN) INC., a Delaware corporation doing business in Nevada; DOES 1-10, as individuals and ROES 1-10 as entities,<br><br>    Defendants | Case Number<br>3:23-cv-00586-MMD-CSD<br><br>**STIPULATION FOR THE SUBSTITUTION OF LOCAL COUNSEL APPEARING ON BEHALF OF KG MINING (BALD MOUNTAIN) INC.**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to LR IA 11-6(c), by and through undersigned counsel of record, as follows:

1. Defendant KG Mining (Bald Mountain) Inc. hereby substitutes John T. Wendland of W&D Law LLP with Dora V. Lane of Ascent Law, PC.

2. Dora V. Lane is an attorney in good standing with the State Bar of Nevada and her Nevada bar number is 8424.

3. Ms. Lane's contact information is:
   Ascent Law, PC
   5470 Kietzke Lane, Ste. 300
   Reno, NV 89511-2099
   Telephone: (775) 671-6171
   Email: Dora@ascent-employmentlaw.com

4. Ms. Lane shall appear as the attorney of record for Defendant in place of John T. Wendland.

5. KG Mining (Bald Mountain) Inc. has retained Ms. Lane as its Nevada counsel in this matter and consents to the substitution.

///

///

**Signatures**

I consent to the above substitution.

DATED: April 25, 2025

/s/ *Martin D. Litt*
Signature of Party
Martin Litt
VP and General Counsel, KG Mining (Bald Mountain) Inc.

**W&D LAW LLP**

/s/ *John T. Wendland*
John T. Wendland
861 Coronado Center Dr., Ste 231
Henderson, NV 89052
Telephone: (702) 314-1905
Email: jwendland@wdlaw.com

I am duly admitted to practice in this District and accept the above substitution. I have been retained by Defendant to represent it in this lawsuit.

Dated: April 25, 2025

**ASCENT LAW, PC**

/s/ *Dora V. Lane*
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 28, 2025