1  KRISTINA WILDEVELD, ESQ.
   Nevada Bar No. 5825
2  RICHARD L. BRYANT, ESQ.
   Nevada Bar No. 15551
3  **THE LAW OFFICES OF**
   **KRISTINA WILDEVELD & ASSOCIATES**
4  550 E. Charleston Blvd., Suite A
   Las Vegas, NV 89104
5  Phone (702) 222-0007
   Fax (702) 222-0001
6  kristina@veldlaw.com
   richard@veldlaw.com
7  *Attorneys for Plaintiff, Maegen Morrison*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MAEGEN MORRISON, | CASE NO. 3:23-cv-00586-MMD-CSD |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO SCHEDULE CONTINUED VIRTUAL EARLY NEUTRAL EVALUATION** |
| KG MINING (BALD MOUNTAIN) INC., a Delaware corporation doing business in Nevada; DOES 1-10, as individuals and ROES 1-10 as entities, | |
| | **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule ("LR") 16-6, between the parties, by and through their counsel of record, for an order scheduling a Virtual Early Neutral Evaluation ("ENE") as set forth below:

1. The parties are requesting to schedule the continued Virtual ENE before United States Magistrate Judge Carla Baldwin on August 28, 2025 at 9:00 A.M.

2. Previously, the parties attended a Virtual ENE on May 7, 2024. (ECF # 21.) But after conferring privately with the Court, the parties agreed to continue the Virtual ENE at a later date after some targeted discovery had been completed. (ECF #30.)

3. Counsel for Plaintiff and Defendant have filed a Stipulation for an Extension of time for ninety (90) days to permit the parties to further engage in the Early Neutral Evaluation process.

4. No party will suffer prejudice as a result of continuing the Virtual ENE and the parties make this request in good faith.

5. For these reasons, the parties respectfully request that the Court grant an Order Scheduling the Continued Virtual Early Neutral Evaluation

DATED this 10th day of July, 2024.

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

By: /s/ Richard L. Bryant
RICHARD L. BRYANT, ESQ.
Nevada Bar No. 15551
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Tel: (702) 222-0007
Richard@Veldlaw.com
*Attorneys for Plaintiff*

**ASCENT LAW, PC**

By: /s/ Emily Hobbs
EMILY HOBBS, ESQ. (admitted *pro hac vice*)
110 16th St., Suite 1460
Denver, CO 80202
Tel: (720) 933-0765
emily@ascent-employmentlaw.com
*Attorneys for Defendant*

By: /s/ Dora V. Lane
DORA V. LANE, ESQ.
Nevada Bar No. 8424
5470 Kietzke Lane, Ste. 300
Reno, NV 89511
Tel: (775) 671-6171
dora@ascent-employmentlaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2025