1  Emily Hobbs, Esq. (admitted *pro hac vice*)
2  Dora Lane, Esq. (SBN 8424)
   Ascent Law, PC
3  5470 Kietzke Lane, Suite 300
   Reno, Nevada 89511
4  Tel. 775.671.6171
   emily@ascent-employmentlaw.com
5  dora@ascent-employmentlaw.com

6  Attorneys for Defendants KG
7  MINING (BALD MOUNTAIN) INC.

8                    **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10

11 | MAEGEN MORRISON,                              | Case Number                                |
   |                                               | 3:23-cv-00586-MMD-CSD                      |
12 |     Plaintiff                                 |                                            |
13 | v.                                            | **ORDER GRANTING STIPULATION**             |
   |                                               | **FOR DISMISSAL WITH PREJUDICE**           |
14 | KG MINING (BALD MOUNTAIN) INC., a             |                                            |
15 | Delaware corporation doing business in Nevada;|                                            |
   | DOES 1-10, as individuals and ROES 1-10 as    |                                            |
16 | entities,                                     |                                            |
17 |     Defendants                                |                                            |

18

19       Plaintiff Maegen Morrison and Defendant KG Mining (Bald Mountain), through their

20 respective counsel, stipulate and agree that the above-captioned matter is dismissed *with prejudice*.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

Each party will bear its own attorney's fees and costs incurred in pursuing or defending the matter.

Dated: November 17, 2025                    Respectfully submitted,

| | |
|---|---|
| **THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES** | **ASCENT LAW, PC** |
| **By:** */s/ Richard L. Bryant*<br>RICHARD L. BRYANT, ESQ.<br>Nevada Bar No. 15551<br>550 E. Charleston Blvd., Suite A<br>Las Vegas, NV 89104<br>Tel: (702) 222-0007<br>Richard@veldlaw.com<br><br>*Attorneys for Plaintiff* | **By:** /s/ *Emily Hobbs*<br>Emily Hobbs (admitted *pro hac vice*)<br>Dora Lane (SBN 8424)<br>5470 Kietzke Lane, Suite 300<br>Reno, Nevada 89511<br>Tel: 775.671.6171<br>emily@ascent-employmentlaw.com<br>dora@ascent-employmentlaw.com<br><br>*Attorneys for Defendant KG MINING (BALD MOUNTAIN) INC.* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE,

DATED:   November 18, 2025